IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 8:15cr76 |
| ) | |
| Tyriss Penn ) | SEALED |
| DOB: 01/30/1997 ) | |
| Defendant, ) | |

    Comes now Julie L. GUST, a United States Pretrial Services Officer, hereby requests an order of the court regarding the release of the juvenile records maintained by the **Douglas County Juvenile Court**, for Tyriss Penn whose date of birth is January 30, 1997 Said records are necessary to inform the court of the juvenile's history and are necessary to the Federal Prosecution of Tyriss Penn pursuant to 18 USC 5031 et seq.

_____
Julie L. Gust
Pretrial Services Officer

    IT IS HEREBY ORDERED that the records of the juvenile Tyriss Penn, be released to the United States Pretrial Services Agency for the District of Nebraska. These records should include: the criminal history and any of the following - the medical, psychological, psychiatric and social welfare reports and the records of juvenile probation officers. These records shall be made available to the court and to Pretrial Services Officers and Probation Officers of the United States District Court for the District of Nebraska.

BY THE COURT:

_____
Dated: March 20, 2015
U.S. Magistrate Judge
Thomas D. Thalken