IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:15CR76** |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| **TYRISS PENN,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant's unopposed motion to continue trial [27] as counsel needs additional time to prepare for trial. The defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the motion to continue trial [27] is granted, as follows:

1.  The trial now set for April 21, 2015 is continued to **June 30, 2015.**

2.  Defendant shall file a waiver of speedy trial as soon as practical.

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 30, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED April 9, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**